UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILHELMINA TAYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL GERARD FLANAGAN, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:23-cv-02316-SRM-JDE<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED [32]** |
|---|---|

　　　Upon transfer of this action to the undersigned on February 27, 2025, Dkt. 26, this Court entered a scheduling order, which included certain deadlines for required filings in advance of the Final Pretrial Conference set for January 8, 2026. Dkt. 32. As these deadlines have passed without any related filings, the Court **ORDERS** as follows:

　　　1. Plaintiff shall show cause in writing as to why this action should not be dismissed **on or before January 8, 2026**; and

　　　2. The Final Pretrial Conference and Hearing on Motions in Limine and Jury Trial, set for January 8, 2026, and January 27, 2026, respectively, Dkt. 32, are **VACATED**.

　　　**IT IS SO ORDERED.**

　Dated: December 31, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. SERENA R. MURILLO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-